

RECEIVED
JUL 11 2013
CHAMBERS OF
COLLEEN McMAHON

The Ciric Law Firm, PLLC 276 First Avenue, New York, NY 10009

**MEMO ENDORSED**

7/11/13

Conference adjourned to 10/4/13 @ 9:30 Am.

*/s/ Colleen McMahon*

Pierre Ciric, Esq.
Member of the Firm
Ph. 212.260.6090
Fx. 212.260.6130
pciric@ciriclawfirm.com
www.ciriclawfirm.com

July 11th, 2013

**VIA TELEFAX TRANSMISSION**

The Honorable Judge Colleen McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007-1312
Fax Number: (212) 805-6326

**RE: Meyer v. The Board of Regents of the University of Oklahoma et al. (Case No 1:13-cv-03128-CM)**

Dear Judge McMahon,

The Ciric Law Firm, PLLC represents the plaintiff in the above-referenced action. Pursuant to instructions received by phone from Mariela De Jesus on July 9, 2013, we respectfully request a postponement of the Pretrial Conference initially scheduled for this matter on July 26, 2013.

Since the various defendants have not been served as of the date of this letter, we respectfully request that a) the Court holds its May 14th Order titled "Scheduling An Initial Pretrial Conference" in abeyance until a valid return of service is filed in CM/ECF, and b) the Pretrial Conference be re-scheduled, once return of service is filed, or no earlier than September 27, 2013.

We thank you in advance for your consideration. Should you have any questions about our request, please do not hesitate to contact me at (212) 260-6090.

1



The Ciric Law Firm, PLLC 276 First Avenue, New York, NY 10009

Respectfully yours,

Pierre Ciric
Member of the Firm

2